1  ALEJANDRO P. GUTIERREZ, Bar No. 107688
   agutierrez@hathawaylawfirm.com
2  HATHWAY, PERRETT, WEBSTER
   POWERS, CHRISMAN & GUTIERREZ
3  A Professional Corporation
   5450 Telegraph Road, Suite 200
4  Ventura, CA 93003
   Telephone:  805.644.7111
5  Fax No.:     805.644.8296

6  Attorneys for Plaintiff
   ADINA MEDEIROS
7
   JODY A. LANDRY, Bar No. 125743
8  jlandry@littler.com
   LITTLER MENDELSON
9  A Professional Corporation
   501 W. Broadway
10 Suite 900
   San Diego, CA  92101.3577
11 Telephone:  619.232.0441
   Fax No.:     619.232.4302
12
   SHANNON R. BOYCE, Bar No. 229041
13 sboyce@littler.com
   LITTLER MENDELSON
14 A Professional Corporation
   2049 Century Park East
15 5th Floor
   Los Angeles, CA  90067.3107
16 Telephone:  310.553.0308
   Fax No.:     310.553.5583
17
   Attorneys for Defendant
18 ECOLAB INC.

19

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA MEDEIROS,<br><br>          Plaintiff,<br><br>     v.<br><br>ECOLAB INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.  2:12−cv−05794−JAK−JCG<br><br>**[PROPOSED] ORDER RE STIPULATION RE PROTECTIVE ORDER**<br><br>DISCOVERY MATTER<br><br>Complaint Filed:  May 23, 2012 |

## **ORDER**

GOOD CAUSE appearing therefore, the terms of the Parties' Stipulation Re Protective Order filed on February 4, 2013, are adopted by the Court. The Parties shall adhere to the terms of the Stipulation Re Protective Order unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED**.

DATED: February 5, 2013

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

Firmwide:118042167.1 057118.1140